UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   5:25-cv-02906-AH-SSC                    Date: January 30, 2026

Title      Cynthia Y. Ventura v. San Bernardino County, et al.

Present: The Honorable Stephanie S. Christensen, U.S. Magistrate Judge

Teagan Snyder                                    n/a
Deputy Clerk                          Court Reporter / Recorder

Attorneys Present for Plaintiffs:    Attorneys Present for Defendants:
None Present                                None Present

**Proceedings:**   (IN CHAMBERS) **Order to Show Cause Why Complaint Should Not Be Dismissed for Failure to Serve**

On October 30, 2025, Plaintiff Cynthia Y. Ventura filed this civil action. (ECF 1.)  A summons was issued the same day.  (ECF 2.)

Pursuant to Rule 4 of the Federal Rules of Civil Procedure, a defendant must be served with the summons and complaint no later than 90 days after the complaint is filed.  Fed. R. Civ. P. 4(m).  Absent a showing of good cause, if a defendant is not timely served, "the court . . . must dismiss the action without prejudice against that defendant or order that service be made within a specified time."  *Id.*  As stated, the complaint was filed on October 30, 2025 and, pursuant to Rule 4(m), the service deadline was January 28, 2026.  The service

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   5:25-cv-02906-AH-SSC                    Date: January 30, 2026

Title       Cynthia Y. Ventura v. San Bernardino County, et al.

deadline has passed, and the Court has not received proof of service on the Defendants or any other communication from Plaintiff.

Accordingly, Plaintiff is ORDERED TO SHOW CAUSE, in writing, no later than **February 12, 2026,** why this action should not be dismissed for Plaintiff's failure to serve the summons and complaint as required by Rule 4.  If Plaintiff files a proof of service by **February 12, 2026**, this order to show cause will be discharged automatically and Plaintiff need not respond to it separately.

**Plaintiff is cautioned that failure to file a timely response to this order to show cause may result in dismissal of this action for failure to serve and/or to comply with a court order.**

**IT IS SO ORDERED.**

:

Initials of Preparer        **ts**