UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA Y. VENTURA,<br><br>      Plaintiff,<br><br>  v.<br><br>SAN BERNARDINO COUNTY, et al.,<br><br>      Defendants. | Case No. 5:25-cv-02906-AH-SSC<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636 the Court has reviewed the complaint, all of the records herein, and the Report and Recommendation of United States Magistrate Judge. The Court accepts the findings and conclusions of the Magistrate Judge in the Report and Recommendation.

IT IS ORDERED that judgment be entered dismissing the action without prejudice for failure to serve, failure to prosecute, and failure to comply with court orders.

DATED: MARCH 12, 2026

HONORABLE ANNE HWANG
UNITED STATES DISTRICT JUDGE

2