UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA Y. VENTURA,<br><br>                              Plaintiff,<br><br>                    v.<br><br>SAN BERNARDINO COUNTY, et al.,<br><br>                              Defendants. | Case No. 5:25-cv-02906-AH-SSC<br><br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge, IT IS ADJUDGED that the action is dismissed without prejudice.

DATED: MARCH 12, 2026 _____

HONORABLE ANNE HWANG
UNITED STATES DISTRICT JUDGE